UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PATRICK SHALTRY,

    Plaintiff,

v.

BOOM-HORT INC. and TIM
DONUT U.S. LIMITED, INC.,

    Defendants.
_____/

Case No. 1:24-cv-11059
Hon. Thomas L. Ludington

THE MASTROMARCO FIRM
VICTOR J. MASTROMARCO, JR. (P34564)
KEVIN J. KELLY (P74546)
Attorneys for Plaintiff
1024 N. Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414
vmastromarco@mastromarcofirm.com
kkelly@mastromarcofirm.com
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BOOM-HORT INC. WITHOUT PREJUDICE

NOW COMES Plaintiff, PATRICK SHALTRY, by and through his attorneys, THE MASTROMARCO FIRM, and hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that the claims against Defendant Boom-Hort Inc. are voluntarily dismissed without prejudice.  Upon representations made to the undersigned, Defendant Boom-Hort Inc. sold the Tim Horton's location to Damouni of Michigan

Ave, Inc. prior to the occurrence of the subject incident. Defendant Boom-Hort Inc. has not served an answer or otherwise responded to this action. Accordingly, Plaintiff notices voluntary dismissal of the claims against said Defendant without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B).

                                                            Respectfully submitted,
                                                            THE MASTROMARCO FIRM

Dated: <u>July 12, 2024</u>        By:    */s/ Kevin J. Kelly*
                                                                 KEVIN J. KELLY (P74546)
                                                                 Attorneys for Plaintiff
                                                                 1024 N. Michigan Avenue
                                                                 Saginaw, Michigan 48602
                                                                 (989) 752-1414
                                                                 kkelly@mastromarcofirm.com